AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>V.<br><br>Jeffrey Stevens<br><br>*Defendant(s)* | Case No.  1:24-MJ-35 SLC |

-FILED-

FEB 1 2 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   November 17-20, 2023   in the county of   Allen   in the
Northern   District of   Indiana   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communication of a Threat |

This criminal complaint is based on these facts:
See Attached Affidavit.

Continued on the attached sheet.

_____
Complainant's signature

Dale Llewellyn, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   February 12, 2024

s/ Susan Collins
_____
*Judge's signature*

Susan Collins, U.S. Magistrate Judge
*Printed name and title*

City and state:   Fort Wayne, Indiana

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

### AGENT BACKGROUND

1.  Comes now, Task Force Officer (TFO) Dale Llewellyn of the Federal Bureau of Investigation's (FBI), Joint Terrorism Task Force (JTTF), first being duly sworn, now deposes and says:

2.  I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been in this position since September of 2017. I am currently assigned to the Indianapolis Division's Joint Terrorism Task Force (JTTF), working out of the Fort Wayne Resident Agency.

3.  I have been employed as a police officer since September 14, 2001. I attended the Chesterfield County Basic Police Officer Academy from April 2001-September 2001. From November 2006-January 2007 I attended the Fort Wayne Police Department (FWPD) Lateral Academy. I have been employed by the Fort Wayne Police Department since November 2006, and have had the following assignments: Patrol Officer (2007-2016); Detective, assigned the Bureau of Alcohol Tobacco Firearms and Explosives (ATF) as a Task Force Officer (TFO) (2016-2017); Detective, assigned to the Federal Bureau of Investigation as a TFO (2017-present).

4.  My duties as a TFO with the FBI JTTF are focused on threats to National Security. I investigate federal crimes and violations concerning International and Domestic Terrorism threats.

5. I have been personally involved in the investigation discussed in this affidavit. In addition to my personal knowledge, the statements contained in this affidavit are based in part on the following: information provided verbally and in written reports by other law enforcement personnel, information gathered during the utilization of various investigative techniques, FBI databases, other Federal Databases, my training and experience, and the training and experience of other law enforcement officers.

## REQUESTED WARRANT

6. This affidavit is provided to support an application for an arrest warrant and complaint for JEFFREY STEVENS, DOB, 03/XX/1982, SSN XXX-XX-5472, who resides at 7820 Aboite Center Road, Fort Wayne, Indiana 46804.

7. For the reasons set forth in this affidavit, probable cause exists to believe that STEVENS has committed the crime of Communicating a Threat in Interstate Commerce, 18 U.S.C. § 875(c).

## PROBABLE CAUSE

8. On October 13, 2023, an individual called the FBI National Threat Operations Center (NTOC) to report that JEFFREY STEVENS had made multiple concerning Facebook posts following the Hamas terrorist attack on

Israel on October 7, 2023. The individual further advised that one of these posts which read "Death to the Zionist".

9.  Based on the above, the FBI conducted background research and found two Facebook accounts believed to be utilized by STEVENS. One of the Facebook accounts utilized the URL: facebook.com/Jeffrey.STEVENS.XXX and utilized the screen name "Zayed STEVENS" and had the below picture as the background. The Unique ID (UID) on this account was found to be 100002557857711.



10. I later interviewed Veronica Stevens, STEVENS' ex-wife. During the interview, Veronica confirmed that STEVENS utilizes the above-mentioned Facebook account. I also located photographs on the Facebook Account which appear to be of STEVENS. I base this statement on comparisons from the Indiana BMV driver's license photograph of STEVENS.

3

11.     The second Facebook account located utilized the URL: www.facebook.com/profile.php?id=100089889722608. The screen name on this account was "Jeffrey Stevens" which included a profile picture of STEVENS and a young girl. I base this statement on comparisons from the Indiana BMV driver's license photograph of STEVENS.



12.     While searching FBI databases I located an interview that was conducted by the FBI on Blaine Hershberger (Hershberger) on April 5, 2023. During this interview Hershberger advised that he knew STEVENS through his sister-in-law, who was STEVENS' live-in partner, and that .STEVENS had at least three different Facebook accounts and provided the screen names of "Zayed", "Jeffrey Stevens" and "The Ishmael Report".

13.     On September 28, 2023, an individual posted the following on the Central Intelligence Agency (CIA)'s public website, "I am a journalist covering the Middle East with very strong connections throughout the West Bank, specifically in Jenin and Nablus, and I am starting to make reliable connections throughout Syria and Lebanon. I would like to be involved with

4

anything against not exactly Israel but Netanyahu's far-right government that will only cause problems for the US. I will make a lot of noise with or without you." The internet protocol ("IP") address associated with this message was: 2601:800:4080:1860:d5fd:c9a2:3ece:2cf1. A Federal Grand Jury (FGJ) Subpoena was issued to Comcast regarding subscriber of this IP address for September 28, 2023, at approximately 1700 hours EST. Comcast responded that the subscriber of the IP address during this time frame was STEVENS' partner and service was provided at 7820 Aboite Center Road, Fort Wayne, Indiana 46804, where STEVENS resides with his partner.

14.     On October 8, 2023, another post on the CIA's public website stated, "I have very strong Palestinian, Hezbollah, and Iranian contacts. You people had better wake up. If the US strikes Palestinian resistance, you will be destroyed. I cannot wait until CIA operatives start getting eliminated. I am going to laugh." In response to another subpoena, Comcast again identified the subscriber of the IP address associated with this message as STEVENS' partner with service at STEVENS' residence.

15.     On November 17, 2023, at approximately 0030 hours EST, another post on the CIA's public website stated, "I am going to shoot every pro-israel [sic] US government official in the head, and there is nothing you can do about it because you are the pathetic CIA. I am going to kill all of you." The email address associated with this post was jeffreystevexxxx@gmail.com.

5

Pursuant to a subpoena Comcast again identified the subscriber of this IP address as at STEVENS' residence.

16.     On November 20, 2023, Facebook user. "Zayed Stevens" sent a message to the Fort Wayne Police Department ("FWPD") via Facebook messenger which stated, "I am going to kill every Jew in ft. [sic] Wayne, and there is nothing you can do about it, because you are stupid niggers." "I am going to make sure I kill every one of you, especially the dark ones, and there is nothing you stupid niggers can so [sic] about it." The FWPD identified the Facebook user "Zayed Stevens" profile page as containing an image of STEVENS as follows:



17.     On December 10, 2023, another post on the CIA's public website stated: "People will remember me. I am going to be the pro-Palestinian who finally had enough that i [sic] started eliminating CIA operatives. You will only be remembered as one of many bitches who were slaughtered. I am going to make sure that every CIA member who is pro-Israel is eliminated. I

am so confident that I will give you my phone number, and there is nothing you can do about it because you are a botch [sic]. I will fuck you up." The person provided the name, "Jeffrey STEVENS," the phone number 260-258-XXXX and the Email address: jeffreystevexxxx@gmail.com. Comcast again identified the subscriber of the IP Address associated with this message with STEVENS' residence.

18.     I interviewed the Ex-Wife of STEVENS, Veronica Stevens on December 21, 2023. Ms. Stevens advised that she and STEVENS were married in 2015, separated in 2018 and divorced in 2022. She said, she is in limited contact with STEVENS, and only communicates with him to coordinate child custody issues with him. Ms. Stevens advised STEVENS used a WhatsApp account to communicate with her and provided his number as 260-258-XXXX. She also advised this is the same number he uses for his cellular phone and that STEVENS utilizes Facebook and has the screen name "Zayed Stevens". Ms. Stevens also believed STEVENS utilized other Facebook accounts.

19.     On February 2, 2024, myself and other agents/law enforcement officers executed a search warrant at STEVENS' residence. STEVENS was present, he was not taken into custody, but was interviewed. Prior to the interview he was advised that he was not in custody, and that he could leave at any time. The interview took place in a police sedan and STEVENS was shown that the door to the sedan was unlocked. Stevens was also not cuffed at the time.

7

20. During the interview, I read the November 17, 2023, post on the CIA's website to him, which threatens "I am going to shoot every pro-israel [sic] US government official in the head, and there is nothing you can do about it because you are the pathetic CIA. I am going to kill all of you." STEVENS admitted to posting that message on the CIA's website.

21. During the interview, I also read the November 20 Facebook Messenger message to the Fort Wayne Police Department which read ""I am going to kill every Jew in ft. [sic] Wayne, and there is nothing you can do about it, because you are stupid niggers." STEVENS admitted to sending that message to the Fort Wayne Police Department.

22. STEVENS also said that he has a drinking problem and that he does things when he is drunk, like the above post and message.

23. I have not included each and every fact known or provided by members of the FBI or by other law enforcement officers concerning the individual events described herein, and I have not provided all the information concerning the investigation. The information contained in this affidavit is based on my personal observations and on information provided to me by other law enforcement officers.

8

## CONCLUSION

24. Based upon the above information, I believes there is probable cause to believe that JEFFREY STEVENS has committed the crime of Interstate Communication of a Threat, 18 U.S.C. § 875(c), and ask that a warrant for his arrest be issued.

25. The foregoing facts are true to the best of your Affiant's knowledge and belief, and further I sayeth naught.

Dale D. Llewellyn Jr.
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn before me this 12th day of February 2024.

s/ Susan Collins
U.S. Magistrate Judge
Northern District of Indiana

9