UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 1:24-MJ-35 |
| ) | |
| JEFFREY STEVENS ) | |

## NOTICE OF PENALTIES

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through John M. Maciejczyk, Assistant United States Attorney, and files its Notice of Penalties in this case, and states:

The defendant is charged by way of a one-count Criminal Complaint with violations of 18 U.S.C. § 875(c).

If convicted, the defendant faces the following potential penalties: imprisonment of not more than five years, a fine of not more than $250,000, or both such fine and imprisonment, a supervised release term of not more than three years, and a $100 special assessment.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


BY:   /s/John M. Maciejczyk
        John M. Maciejczyk
        Assistant United States Attorney
        M01 Robert A. Grant Federal Bldg.
        204 S. Main Street
        South Bend, Indiana   46601
        Tel:   (574) 236-8287
        Fax:   (574) 236-8155
        E-mail: John.Maciejczyk@usdoj.gov